IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHERIE CARTAGENA,**<br>*Plaintiff,*<br><br>v.<br><br>**WUXI APPTEC, INC et al,**<br>*Defendants.* | **Civil No. 24-4136** |

## ORDER

**AND NOW**, this 14th day of August 2025, upon consideration of Defendant Actalent Scientific, LLC's ("Actalent") Motion to Dismiss (ECF No. 17), and the response and reply thereto, it is hereby **ORDERED** that the motion is **GRANTED** and Plaintiff's Amended Complaint against Actalent is **DISMISSED**.

**IT IS FURTHER ORDERED** that Plaintiff may file a Second Amended Complaint no later than August 28, 2025, if she is able to allege facts sufficient to state a plausible claim for relief consistent with the Court's accompanying Memorandum.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge